**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 11-04209MP-001-PCT-MEA |
| vs. | ) | **ORDER** |
| Todd Daniel Dalziel, | ) | |
| Defendant. | ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and detention hearing was submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised probation as set forth in allegations of the petition.

IT IS ORDERED that the defendant shall be released from federal custody.

IT IS FURTHER ORDERED that the defendant is released on previously ordered probation conditions with the addition that defendant contact his attorney by noon Friday of each week.

DATED this 12th day of February, 2013.

_____
Mark E. Aspey
United States Magistrate Judge